IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM BAIG, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ANTONY BLINKEN,<br><br>　　　　　　　　　Defendant. | CASE NO.  1:23-CV-01609-EPG<br><br>**STIPULATION AND ORDER FOR STAYING CASE AND VACATING MARCH 1, 2024 HEARING**<br><br>(ECF No. 14). |

　　　This lawsuit was filed by Plaintiffs who challenging the delay in providing a final visa adjudication for Plaintiff Amana IMDAD, whose application was in post-interview administrative processing. On February 15, 2024, US Embassy Islamabad emailed Plaintiffs requesting  Plaintiff Amana IMDAD's passport, a new medical exam, and other items suggesting that a final adjudication is very possible in the coming weeks, which would moot this lawsuit.

　　　Thus, to conserve the Court's limited resources, the parties seek a stay of the lawsuit for 30 days, as well as the vacating of the hearing scheduled for March 1, 2024.

1

1
2
3  Dated: February 17, 2024
4                                              /s/ *Curtis Lee Morrison*
5                                              CURTIS LEE MORRISON
                                               Counsel for Plaintiffs
6
7  Dated: February 17, 2024
                                               */s/ ELLIOT C. WONG*
8
                                               ELLIOT C. WONG
9                                              Assistant United States Attorney
                                               Counsel for Defendants
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

     Pursuant to the parties' stipulation (ECF No. 14), IT IS ORDERED that this case is stayed until April 1, 2024, and the March 1, 2024, hearing for Defendants' Motion to Dismiss is vacated. By no later than April 1, 2024, the parties shall file an appropriate dispositional document to dispose of this case if it has resolved, or, alternatively, a joint status report advising how the parties plan to proceed if the case is unresolved.

IT IS SO ORDERED.

Dated:   **February 20, 2024**          /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE