UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM BAIG, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ANTONY J. BLINKEN,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01609-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 16). |

　　　On March 24, 2024, the parties filed a joint stipulation dismissing this action without prejudice and with each party to bear their own attorney fees and costs. (ECF No. 16). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice and with each party to bear their own attorney fees and costs.

　　　Accordingly, the Clerk of Court is respectfully directed close this case. And in light of the stipulation, the Clerk of Court is directed to terminate the motion to dismiss as no longer pending. (ECF No. 9).

IT IS SO ORDERED.

　　Dated:  **March 25, 2024**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1